# Order

**Lansing, Michigan**

April 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

157327(68)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

NOTTINGHAM VILLAGE CONDOMINIUM
ASSOCIATION,
      Plaintiff-Appellant,

v

SC: 157327
COA: 333311
Wayne CC: 12-013643-CH

JOHN PENSOM and JANE DOE PENSOM,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's November 21, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019

Clerk

s0422